# Amended Indictment Synopsis

| | |
|---|---|
| **Name:** | Robert Hindle |
| **Address:**<br>**(City & State Only)** | Palm Bay, Florida |
| **Year of Birth and Age:** | 1947; 64 years old |
| **Violations:** | Count 1: Conspiracy to distribute and possession with intent to distribute oxycodone, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).<br><br>Counts 2-3: Unlawful distribution of oxycodone, in violation of Title 21, United States Code, Section 841(a)(1).<br><br>Count 4: Health Care Fraud, in violation of Title 18, United States Code, Section 1347. |
| **Penalties:** | Counts 1-3: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)); or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)); or both. These are Class C felonies pursuant to 18 U.S.C. § 3559(a)(3).<br><br>Count 4: Imprisonment of not more than ten years; or a fine of not more than $250,000; or both. 18 U.S.C. § 1347. This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Counts 1- 3: Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C).<br><br>Count 4: Not more than three years. 18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1-4: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts: 1-3: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 4: Three years less any term of imprisonment |

| | |
|---|---|
| | imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | . |
| **Primary Investigative Agency and Case Agent Name:** | DEA – SA S. Galbadis |
| **Detention Status:** | To be determined |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Daniel J. Perry |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |